

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 03 C 412 | **DATE** | 3/4/2003 |
| **CASE TITLE** | Rawinder Singh Pamma vs. John Ashcroft etc. et al. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

Memorandum Opinion and Order

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
  ☐ FRCP4(m)  ☐ Local Rule 41.1  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).

(10) ■ [Other docket entry]  Enter Memorandum Opinion and Order. Petitioner's application to proceed in forma pauperis is granted.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | Document Number |
|---|---|---|---|
| | No notices required, advised in open court. | | |
| | No notices required. | number of notices | |
| | Notices mailed by judge's staff. | MAR - 5 2003 | |
| | Notified counsel by telephone. | date docketed | |
| ✓ | Docketing to mail notices. | | |
| | Mail AO 450 form. | IS | 6 |
| | Copy to judge/magistrate judge. | docketing deputy initials | |
| WAH | courtroom deputy's initials | date mailed notice | |

Minute Order Form (06/97)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RAWINDER SINGH PAMMA,                 )
                                      )
            Plaintiff,                )
                                      )
      vs.                             )     No. 03 C 412
                                      )
JOHN ASHCROFT, Attorney General,      )
United States Department of Justice, et al.,  )
                                      )
            Defendant.                )

DOCKETED

MAR - 5 2003

## MEMORANDUM OPINION AND ORDER

Petitioner Rawinder Singh Pamma filed a petition for writ of habeas corpus against

United States Attorney General John Ashcroft and the District Director of the Immigration

and Naturalization Service (INS) Brian Perryman seeking his release from custody. Along

with the petition he filed an application to proceed *in forma pauperis*. For the following

reasons, petitioner's application to proceed *in forma pauperis* is granted.

Pursuant to 28 U.S.C. § 1915(a) we may authorize petitioner to proceed *in forma*

*pauperis* if he demonstrates an inability to pay the required costs and fees. Petitioner is

presently incarcerated and has no steady source of income. As of January 13, 2002, his

account in the prison had a balance of $0.69. We find that petitioner has adequately

demonstrated his inability to pay the required court costs.

This is not the end of our inquiry. We must conduct an initial review of petitioner's

claims and dismiss the complaint if we determine that the action is frivolous or malicious, it

fails to state a claim upon which relief may be granted, or petitioner seeks damages from a

defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2)(B)(i)-(iii); <u>Alston v Debruy</u>,



13 F.3d 1036, 1039 (7th Cir. 1994). We review the claim using the same standard as a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). Zimmerman v. Tribble, 266 F.3d 568, 571 (7th Cir. 2000).

Petitioner allegedly entered this country illegally and is subject to a final order of removal from the United States issued on January 3, 2000. On April 11, 2002, petitioner was allegedly taken into custody by the INS in order to facilitate his deportation to India. Petitioner alleges that his detention for this period of time is illegal for three reasons. First, he claims that 8 U.S.C. § 1231(a)(6), which allows detention of aliens subject to a deportation order does not allow a detention of this length. He argues that the Supreme Court, in Zadvydas v. Davis, 533 U.S. 678, 689 (2001), determined that such a detention must be limited to "a period reasonably necessary to bring about the alien's removal." Second, petitioner argues that the statute is unconstitutional on its face as a violation of his right to due process. Third, he claims that the statute is unconstitutional as applied to him. Plaintiff seeks his release from custody and declaratory relief stating that respondents are acting beyond the scope of their statutory power and in violation of the Constitution. Without reaching the merits of the case, we find that petitioner adequately states a claim for relief.

For the foregoing reasons, petitioner's application to proceed *in forma pauperis* is granted.

JAMES B. MORAN
Senior Judge, U. S. District Court

_____ March 5, 2003.